IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARON COPELAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  3:14-cv-2811 |
| | § | |
| AIG DIRECT INSURANCE SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR VOLUNTARY DISMISSAL

SHARON COPELAND (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, AIG DIRECT INSURANCE SERVICES, INC., (Defendant), in this case.

                                                      RESPECTFULLY SUBMITTED,

Dated: November 11, 2014          By: /s/ Ryan Lee
                                                    Ryan Lee
                                                    Krohn & Moss, Ltd.
                                                    10474 Santa Monica Blvd., Suite 405
                                                    Los Angeles, CA 90025
                                                    Tel: 323-988-2400 x241
                                                    Fax: 866-861-1390
                                                    rlee@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2014, I electronically filed the foregoing Motion for Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:   /s/ Ryan Lee, Esq.
      Ryan Lee, Esq