UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARON COPELAND, | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:14-cv-2811-M |
| AIG DIRECT INSURANCE SERVICES, INC., | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Motion for Voluntary Dismissal [Docket Entry #10], filed by the Plaintiff. The Motion is **GRANTED**. All pending claims in this case are **DISMISSED** without prejudice. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**SO ORDERED**.

November 13, 2014.

*[signature]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS